IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-MC-7
7:10-MC-8

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HENRY L. ANDERSON | ) |
| | ) |
| DEBTOR | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

In these cases, the Government has filed motions requesting that portions of several orders entered by the United States Bankruptcy Court for the Eastern District of North Carolina be stayed pending review of those orders by this Court.

The Government has also requested that these cases be consolidated. For good cause shown, that request is GRANTED. The Clerk of Court is ORDERED to consolidate these cases.

With regard to the Government's motions to stay, they are both temporarily GRANTED. A hearing shall be held on both motions on Thursday, October 7, 2010 at 1:00 p.m, in the Fifth Floor Courtroom of the Federal Courthouse at 310 New Bern Avenue, Raleigh, North Carolina.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Wednesday, October 06, 2010.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE